**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JEAN COULTER,            :    No. 6 WM 2016

           Petitioner     :

             v.              :

SUPERIOR COURT OF PENNSYLVANIA,    :

           Respondent    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

    Justices Eakin and Wecht did not participate in the consideration or decision of this matter.